IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW GROSS, III,** | : | CIVIL NO. 1:16-CV-756 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN, USP-CANAAN,** | : | |
| | : | |
| Respondent | : | |

# **ORDER**

AND NOW, this 21st day of November, 2016, upon consideration of petitioner's motion (Doc. 7) to substitute parties, and the court noting that the proper respondent in a federal habeas corpus action is the applicant's custodial official, see 28 U.S.C. § 2242, R. GOVERNING § 2254 CASES R. 2(a), it is hereby ORDERED that:

1. The motion (Doc. 7) to substitute parties is GRANTED in part.

2. The Clerk of Court is directed to SUBSTITUTE the Warden of USP-Canaan as the sole respondent in this action.

                         /S/ CHRISTOPHER C. CONNER
                         Christopher C. Conner, Chief Judge
                         United States District Court
                         Middle District of Pennsylvania