# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW GROSS, III,** | : | **CIVIL NO. 1:16-CV-756** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN, USP-CANAAN,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 21st day of November, 2016, upon consideration of petitioner's motions (Docs. 16, 18) to amend his motion for partial judgment on the pleadings, it is hereby ORDERED that:

1. The motions (Docs. 16, 18) to amend are GRANTED.

2. Petitioner's supplements and exhibits submitted therewith are accepted as filed. (Docs. 17, 18).

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania