# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW GROSS, III,** | : | CIVIL NO. 1:16-CV-756 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **MARC A. RENDA**, *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 1st day of October, 2018, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner Andrew Gross ("petitioner") challenges the sentencing court's imposition of restitution, the Bureau of Prisons' ("BOP") requirement that he participate in the Inmate Financial Responsibility Program, his custody classification score, and several disciplinary actions, and upon further consideration of respondent's suggestion of mootness indicating that petitioner was released from BOP custody on June 26, 2018, see (Doc. 25; Doc. 25-1, BOP Online Detainee Locator System results[1]), which renders the petition moot, see DeFoy v. McCullough, 393 F.3d 439, 441 (3d Cir. 2005) (citing Lane v. Williams, 455 U.S. 624, 631 (1982)) ("[A] petition for habeas corpus relief generally becomes moot when a prisoner is released from

---

[1] Upon entering petitioner's register number, 28240-039, into the Federal Bureau of Prisons online inmate locator system, https://www.bop.gov/inmateloc/, his status was returned as follows:

    Offender Name:    Andrew Gross
    Released On:      06/26/2018

custody before the court has addressed the merits of the petition."); Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.
2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania